## NISSEN v. BENDIXSEN.

### No. 9088; March 14, 1884.

#### 3 Pac. 404.

**Appeal—Dismissal for Want of Notice.**—When the original transcript does not show that the notice of appeal was served on plaintiff's attorney of record, and a motion to dismiss on that ground is made, such motion may be overruled if the defendant, upon leave, files a certificate of the clerk of the court below showing that proof of service of such notice is on file in the clerk's office.

S. M. Buck for appellant; J. J. De Haven for respondent.

By the COURT.—The original transcript did not show that the notice of appeal was served on the plaintiff's attorney of record, and a motion to dismiss on that ground was made by said attorney. When the motion was called up, the defendant's attorney suggested diminution of record, and asked and obtained leave to file a certificate of the clerk of the court below showing that proof of service of said notice on plaintiff's said attorney of record is on file in the office of said clerk.

Motion to dismiss denied.